UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

T.C., individually, et al.,

                Plaintiffs,

-v-                                  CIVIL ACTION NO. 25 Civ. 2748 (DEH) (SLC)

                                              **ORDER**

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

      This case was referred to the undersigned for general pretrial supervision and dispositive motions requiring a Report and Recommendation. (ECF No. 6). The Court previously extended the deadline for Defendant New York City Department of Education and Chancellor Melissa Aviles-Ramon, in her official capacity, (collectively, the "Defendants") to respond to the Complaint (ECF No. 1) up to and including July 23, 2025. (ECF No. 9). To date, Defendants have not responded to the Complaint. As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for Defendants to respond to the Complaint up to and including **July 31, 2025**.

      Defendants are warned that failure to answer, move, or otherwise respond to the Complaint by **July 31, 2025**, may result in the Court permitting Plaintiff to initiate default proceedings.

Dated:     New York, New York
             July 24, 2025                           SO ORDERED.

                                                              **SARAH L. CAVE**
                                                               **United States Magistrate Judge**