UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

T.C., <u>individually</u>, <u>et</u> <u>al.</u>,

                      Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION, <u>et</u> <u>al.</u>,

                      Defendants.

CIVIL ACTION NO. 25 Civ. 2748 (DEH) (SLC)

**<u>ORDER</u>**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties in this case previously advised the Court that they settled in principle. (Dkt. No. 11). Pursuant to the Court's Order at Dkt. No. 12, the parties were required to submit their finalized settlement documents by August 25, 2025. (Dkt. No. 12). To date, the parties have not submitted their finalized settlement documents nor a Stipulation of Dismissal ("SOD"). As a one-time courtesy, the Court sua sponte **EXTENDS** the parties' deadline to submit their settlement documents and/or a SOD up to and including **September 25, 2025**.

Dated:    New York, New York
            September 18, 2025                  SO ORDERED.

                                                              **SARAH L. CAVE**
                                                             **United States Magistrate Judge**